# RATNER & PRESTIA
A Professional Corporation
INTELLECTUAL PROPERTY LAW
www.ratnerprestia.com

**WILMINGTON**
SUITE 209, WEBSTER
3411 SILVERSIDE ROAD
P.O. BOX 7228
WILMINGTON, DE 19803

TELEPHONE (302) 479-9470
FACSIMILE (302) 479-9480

REX A. DONNELLY, IV
KEVIN W. GOLDSTEIN
COSTAS S. KRIKELIS
BRUCE M. MONROE, PH.D.

WILLIAM P. HAUSER, PH.D.
PAMELA D. POLITIS, PH.D.
REGISTERED PATENT AGENTS

**VALLEY FORGE**
SUITE 301
ONE WESTLAKES, BERWYN
P.O. BOX 980
VALLEY FORGE, PA 19482-0980

TELEPHONE (610) 407-0700
FACSIMILE (610) 407-0701

ROBERT L. ANDERSEN, PHARM.D.
LAWRENCE E. ASHERY
STEVEN E. BACH
DANIEL N. CALDER
ANTHONY R. CARLIS
ERIK H. CARTER
KEVIN R. CASEY
JOSHUA L. COHEN
MATTHEW I. COHEN
JACQUES L. ETKOWICZ
JACK J. JANKOVITZ
BENJAMIN E. LEACE
CHRISTOPHER R. LEWIS
PATRICIA A. MARRUCHELLA
SCOTT A. MCKEOWN
W. MARK MULLINEAUX
ANDREW L. NEY
HOANG STEVE NGO
KENNETH N. NIGON
PAUL F. PRESTIA
ALLAN RATNER
JONATHAN H. SPADT

STEVEN M. STEIN
OF COUNSEL

LOWELL L. CARSON
CAMILLE JOLLY-TORNETTA, PH.D.
REGISTERED PATENT AGENTS

ELLEN E. ANDERSEN
CHRISTOPHER M. SPLETZER
SCIENTIFIC ADVISOR

**ALLENTOWN**
SUITE 265
COMMERCE PLAZA II
5100 TILGHMAN STREET
ALLENTOWN, PA 18104

TELEPHONE (610) 530-8100
FACSIMILE (610) 530-8200

JAMES C. SIMMONS

TERRY B. MORRIS
OF COUNSEL

PATENT, TRADEMARK
COPYRIGHT, TRADE SECRET
UNFAIR COMPETITION

PROTECTION
LICENSING
LITIGATION
DISPUTE RESOLUTION

February 18, 2002

<u>*Via Courier*</u>

Mr. Peter Welsh
Clerk, United States District Court
Middle District of Pennsylvania
228 Walnut Street, Room 1060
Harrisburg, PA 17108

FILED
HARRISBURG, PA
FEB 19 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Re: **International Marketing, Inc. v. Counteract Balancing Beads, Inc.,**
C.A. No. 1:00 CV 697 (Magistrate Judge Smyser)

Dear Mr. Welsh:

We enclose for inclusion with the original *Responsive Brief Of Counteract Balancing Beads In Opposition To The Motion Of International Marketing For Contempt*, filed on February 15, 2002, the **Table of Citations** which was inadvertently not provided with the original filing. The Table of Citations is two pages, numbered ii and iii.

Counsel for International Marketing is being served with a copy of these same pages by overnight courier. We also enclose several copies of the enclosed original pages that we request be time/date stamped and returned to our offices in the enclosed self-addressed Federal Express envelope.

Please contact the undersigned if you have any questions regarding this request.

Respectfully submitted,

RATNER & PRESTIA

Kevin W. Goldstein

KWG:je
Enclosure (as noted)

cc: (with enclosure)
    Allen C. Warshaw, Esquire

# Table of Citations

                                        **page**

*Cases*

*A&H Sportswear Co., Inc. v. Victoria's Secret Stores, Inc.*, 134 F.Supp.2d 668, 58 USPQ2d 1440 (E.D. Pa. 2001) .............. 12, 13

*American Civil Liberties Union v. Reno*, 217 F.3d 162 (3d Cir. 2000) ................. 22, 23

*California Artificial Stone Paving Co. v. Molitor*, 113 U.S. 609 ..................... 13

*Firefighters Local Union No. 1784 v. Stotts*, 467 U.S. 561 (1984) ............................ 17

*Ford v. Kammerer*, 450 F.2d 279 (3d Cir. 1971) ................... 17

*Harley Davidson Inc. v. William Morris D/B/A Bill's Custom Cycles*, 19 F.3d 142 (1994) ............................ 17

*Littlejohn v. Bic Corp.*, 851 F.2d 673 (3d Cir. 1988) ................... 13

*Harris v. City of Philadelphia*, 47 F.3d 1311 (3d Cir. 1995) ................... 12

*International Café S.A.L. v. Hard Rock Café International (U.S.A.), Inc.*, 252 F.3d 1274, 58 USPQ2d 1925 (11th Cir. 2001)   20, 21

*Loral Fairchild Corp. v. Victor Company of Japan*, 906 F.Supp. 813 (E.D.N.Y. 1995) ............... 18

*National Labor Relations Board, v. Local 1291, International Longshoremen's Ass'n*, 292 F.2d 182 (3d Cir. 1961) .................... 13

*Nintendo of America Inc. v.
Aeropower Co. Ltd.*,
32 USPQ2d 1199 (4th Cir. 1994) .................   20

*Playboy Enterprises Inc. v.
Chuckleberry Publishing Inc.*,939 F.Supp. 1032,
39 USPQ2d 1746 (S.D.N.Y. 1996)................   24, 25

*Roe v. Operation Rescue*,
54 F.3d 133 (3d. Cir. 1995) ...................   12

*Steele v. Bulova Watch Co., Inc.*,
344 U.S. 280 (1952)............................   20, 21

*Sterling Drug Inc. v. Bayer A.G.*,
14 F.3d 733 (2d Cir. 1994).....................   20

*United States v. Local 1804-1, Int'l
Longshoremen's Ass'n*,
44 F.3d 1091 (2d Cir. 1995)....................   13

*United States v. Rylander*,
460 U.S. 752, 103 S.Ct. 1548 (1983) ...........   17

*Vanity Fair Mills v. T. Eaton Co.*,
234 F.2d 633 (2d Cir. 1956)....................   20

<u>Statutes</u>

35 U.S.C. § 287 ...............................   11, 18

35 U.S.C. § 1125 ..............................    7

<u>Other References</u>

Webster's II New Riverside Dictionary .........   16