

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

INTERNATIONAL MARKETING, INC.,    :   CIVIL NO. **1:CV-00-0697**
                                  :
          Plaintiff               :   (Magistrate Judge Smyser)
                                  :
     v.                           :
                                  :
COUNTERACT BALANCING              :
BEADS, INC.,                      :
                                  :
          Defendant               :

### ORDER

**IT IS ORDERED** that a hearing on the plaintiff's motion for contempt will be held on **March 12, 2002, at 9:00 a.m.**, in Courtroom No. 5, Eleventh Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

/s/ J. Andrew Smyser
J. Andrew Smyser
Magistrate Judge

Dated:    February 26, 2001.

AO 72A
(Rev.8/82)