1 to Ct + Stats.

MINUTE SHEET OF PROCEEDINGS BEFORE
**J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE**
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

106
3/12/02

| Caption | Civil No. | Consent |
|---|---|---|
| Int'l Marketing v. Counteract Balancing Beads, Inc. | 1:00-CV-0697 | |

| Proceeding: | Hearing on Pltf's motion for a contempt |
|---|---|

| Set For: | March 12, 2002 | At: | 9:00 a.m. |
|---|---|---|---|

| Time Commenced: | 9:00 AM | Time Terminated: | 10:47 |
|---|---|---|---|

| For Plaintiff: | For Defendant: |
|---|---|
| Allen C. Warshaw, Esq. | Kevin Goldstein, Esq. |
| Jennifer Murphy Esq. | Costas Krikelis, Esq. |

**PLAINTIFF'S WITNESSES:**   **DEFENDANT'S WITNESSES:**

| | Examined | | | Examined | |
|---|---|---|---|---|---|
| | Cross Exam'd | | | Cross Exam'd | |
| | Examined | | | Examined | |
| | Cross Exam'd | | | Cross Exam'd | |
| | Examined | | | Examined | |
| | Cross Exam'd | | | Cross Exam'd | |
| | Examined | | | Examined | |
| | Cross Exam'd | | | Cross Exam'd | |
| | Examined | | | Examined | |
| | Cross Exam'd | | | Cross Exam'd | |
| | Examined | | | Examined | |
| | Cross Exam'd | | | Cross Exam'd | |

FILED
HARRISBURG, PA

MAR 12 2002

MARY E. D'ANDREA, CLERK
Per _____

**REMARKS:**

Court opens. Ms. Warshaw presents exhibits for admission as does Mr. Goldstein. Ms. Warshaw's factual case closes. No additional facts presented by Mr. Goldstein. As to the pending appeal, the matter is currently before the 3rd Circuit mediator and no briefing schedule has been set. Argument from both counsel heard. Rebuttal by Ms. Warshaw. Counsel to submit proposed forms of orders. Sur-rebuttal by Mr. Goldstein. Ct takes matter under advisement. Written ruling to follow. Counsel to file propos by 3/15. Court adjourns.

MARY E. D'ANDREA, CLERK
By: JOAN SAYERS, DEPUTY CLERK

COURT REPORTER: Filius & McLucas- Lori Shuey
Tape ____ Side ____ Counter _____ to _____ Box ____

O:\Smyser\APPLEBY\Minute Sheets\CIVIL MINUTE SHEET (Witness)