*See Attached*

109
3-19-02
SC

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

INTERNATIONAL MARKETING, INC.,   :    CIVIL NO. **1:CV-00-0697**

          Plaintiff      :    (Magistrate Judge Smyser)

    v.                 :

COUNTERACT BALANCING       :
BEADS, INC.,                :

          Defendant      :

**FILED**
HARRISBURG, PA

MAR 1 9 2002

MARY E. D'ANDREA, CLERK
Per _____

## ORDER

**IT IS ORDERED** that the motion of the defendant, filed on March 6, 2002, for leave of court to file a sur reply brief is **DENIED** because no certificate of concurrence or supporting brief has been filed.

J. Andrew Smyser
Magistrate Judge

Dated: March __19__, 2002.