**ORIGINAL**

*Rec + po mailed by Ted G. to acks*

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL MARKETING, INC., | : | |
| Plaintiff, | : | C.A. No. 1:CV 00-0697 |
| v. | : | |
| COUNTERACT BALANCING BEADS, INC., | : | (Magistrate Judge Smyser) |
| Defendant. | : | |

FILED
HARRISBURG, PA
APR 0 2 2002
MARY E. D'ANDREA, CLERK
Per_____

## NOTICE OF APPEAL

Defendant Counteract Balancing Beads hereby gives notice that it appeals to the United States Court of Appeals for the Third Circuit from the Order and Judgment entered by the United States District Court for the Middle District of Pennsylvania in this action on March 28, 2002, that (a) finds defendant Counteract Balancing Beads, Inc. in violation of the Order of September 14, 2001, (b) enters civil contempt sanctions and penalties against defendant Counteract Balancing Beads, Inc. should it not comply with the requirements of the March 28, 2002 Order, and (c) directs defendant Counteract Balancing Beads, Inc. to pay plaintiff's costs and attorney's fees associated with the contempt motion.

Dated: April 1, 2002

Respectfully submitted,

Kevin W. Goldstein
RATNER & PRESTIA
Suite 301, One Westlakes
P.O. Box 980
Valley Forge, PA 19482
(610) 407-0700

Costas S. Krikelis
RATNER & PRESTIA
Suite 209, Webster Bldg
3411 Silverside Road
P.O. Box 7228
Wilmington, DE 19803
(302) 479-9470

Attorneys for Defendant
Counteract Balancing Beads

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Appeal* was served upon the noted counsel of record by Federal Express, overnight delivery, on April 1, 2002.

Allen C. Warshaw, Esquire
Duane Morris & Heckscher LLP
305 North Front Street, 5th Floor
Harrisburg, PA 17108

Kevin W. Goldstein

```
Tue Apr  2 12:04:33 2002

UNITED STATES DISTRICT COURT
SCRANTON        , PA

Receipt No.    111 136151
Cashier            jill

Tender Type  CHECK

Check Number: 2451

Transaction Type   N

DO Code    Div No    Acct
 4667        1      086900

Amount            $   105.00

RATNER & PRESTIA PC P.O. BOX 980 VAL
LEY FORGE, PA 19482

  FILING FEE FOR NOTICE OF APPEAL IN 1
:CV-00-697


                         cn
```

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

| | |
|---|---|
| INTERNATIONAL MARKETING, INC. | DISTRICT COURT NO. __1:CV-00-0697__ |
| V. | CT. OF APPEALS NO. _____ |
| COUNTERACT BALANCING BEADS, INC. | |

NOTICE OF APPEAL FILED        4/02/02        COURT REPORTER(S)_____

FILING FEE:

NOTICE OF APPEAL _X_ PAID __NOT PAID ___SEAMAN

DOCKET FEE    _X_ PAID __NOT PAID ___USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
        (Attach Copy of Order)
__ MOTION GRANTED(IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
        (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING

COPIES TO:

Magistrate Judge J. Andrew Smyser
William C. Cramer, Esquire
Jennifer L. Murphy, Esquire
Costas S. Krikelis, Esquire
Monica Zamiska, Court Reporter

Allen C. Warshaw, Esquire
Kathleen W. Cramer, Es;quire
Kevin W. Goldstein, Esquire
Vicki Fox, Court Reporter

                                PREPARED BY _____Virginia Gilmore_____
                                                Deputy Clerk
Date: **April 3, 2002**

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

MARY E. D'ANDREA
Clerk of Court

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:   (717) 221-39
Williamsport: (570) 323-638

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:       INTERNATIONAL MARKETING, INC. V.
          COUNTERACT BALANCING BEADS, INC.
          USDC NO: 1:CV-00-0697
          USCA NO:
          E-mail Account: All correspondence should be sent to the e-mail account:
          PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

_____       Civil Prisoner Case: Case file and docket sheet available through RACER.

_____       Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.

__X__       Non-Prisoner Civil Case or Criminal Case: Notice of Appeal and Docket Sheet available through RACER.

_____       Civil Prisoner Case: ____ Supplemental Record filed. Documents and docket sheet available through RACER.

_____       Non-Prisoner Civil Case or Criminal Case: ____ Supplemental Record filed. Docket Sheet available through RACER.

The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/ Virginia Gilmore
Deputy Clerk

Date: __April 3, 2002__