112
4/3/02

## Return Receipt

| | |
|---|---|
| Your document: | 1:CV-00-0697 Notice of Appeal |
| was received by: | Anthony Infante/CA03/03/USCOURTS |
| at: | 04/03/2002 03:24:16 PM |

**FILED**
HARRISBURG, PA

APR 0 3 2002

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk