OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE
267-299-4957

April 8, 2002

NOTICE OF DOCKETING OF APPEAL

**International Marketing, Inc.**
v.
**Counteract Balancing Beads, Inc.**

No.: 00-cv-00697

**(Honorable J. Andrew Smyser)**

FILED
HARRISBURG, PA

APR 0 8 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

An appeal by **Counteract Balancing Beads, Inc.,** was filed in the above-caption case on **04/02/02**, and docketed in this Court on **04/08/02**, at No. **02-1900**..

Kindly use the Appeals Docket No. **02-1900** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **Aina Laws** at Aina_Laws@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**