See attached;
Parties phoned 4/10/02.

116
4-10-02
sc

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL MARKETING, INC., | : | CIVIL NO. 1:CV-00-0697 |
| Plaintiff | : | (Magistrate Judge Smyser) |
| v. | : | |
| COUNTERACT BALANCING BEADS, INC., | : | |
| Defendant | : | |

FILED
HARRISBURG, PA
APR 10 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### ORDER

**IT IS ORDERED** that the plaintiff shall file a brief in response to the Expedited Motion of Counteract Balancing Beads to Stay Civil Contempt Order and Permanent Injunction Pending Appeal on or before **April 15, 2002**. The defendant may file a reply brief on or before **April 17, 2002**.[1]

J. Andrew Smyser
Magistrate Judge

Dated:    April 10, 2002.

---

[1] If a reply brief is not going to be filed, the defendant should notify the court of its intention to expedite a decision of its motion.

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 10, 2002

Re:  1:00-cv-00697   International Market v. Counteract Balancing

True and correct copies of the attached were mailed by the clerk to the following:

Allen C. Warshaw, Esq.
Duane Morris, LLP
305 N. Front Street
5th Floor
Harrisburg, PA  17101    Fax No.: 17172324015          *phoned & faxed*

William C. Cramer, Esq.
414 Chambersburg Trust Bldg.
Chambersburg, PA  17201                                *phoned — left voicemail*

Kathleen W. Cramer, Esq.
414 Chambersburg Trust Building
Chambersburg, PA  17201

Jennifer L. Murphy, Esq.
Duane Morris LLP
5th Floor
305 North Front St
P.O. Box 1003
Harrisburg, PA  17108-1003    Fax No.: 17172324015     *phoned & faxed*

Kevin W. Goldstein, Esq.
Ratner & Prestia
Suite 209, Webster
3411 Silverside Road, P.O. Box 7228
Wilmington, DE  19803                                  *phoned & faxed*

Costas S. Krikelis, Esq.
Ratner & Prestia
Suite 209, Webster
3411 Silverside Road, P.O. Box 7228
Wilmington, DE  19803                                  *phoned & faxed*

[signature]                                    [signature] 4/10/02