2 Ct

(122)
6/26/

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

INTERNATIONAL MARKETING,    :
INC.,                       :
       Plaintiff           : CIVIL NO. 1: CV-00-0697
                            :
    v.                      :
                            :
COUNTERACT BALANCING BEADS, : (Magistrate Judge Smyser)
INC.,                       :
       Defendant           :

FILED
HARRISBURG, PA
JUN 2 5 2002
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

### PRAECIPE FOR
### WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Duane Morris LLP on behalf of Plaintiff

International Marketing, Inc.

Date: 6-17-02                By: Mary P. Patterson
                             MARY P. PATTERSON, ESQ.
                             I.D. Number 47620
                             305 North Front Street, 5th Fl.
                             P. O. Box 1003
                             Harrisburg, PA  17108-1003
                             (717)  237-5508

### ENTRY OF APPEARANCE

Please enter the appearance of Klett Rooney Lieber & Schorling, P.C. on behalf

of Plaintiff International Marketing, Inc.

Date: _____       By: _____
                             ALLEN C. WARSHAW, ESQ.
                             Supreme Ct. I.D. Number 17145
                             Klett Rooney Lieber & Schorling, P.C.
                             240 N. 3rd St.
                             Harrisburg, PA 17101
                             (717) 231-7700

## CERTIFICATE OF SERVICE

On this 17th day of June, 2002. I, Mindy R. Fink, a paralegal in the law offices of Duane Morris LLP, hereby certify that I have served this day true and correct copies of the foregoing *Praecipe for Withdrawal/Entry of Appearance* in the above-captioned case, by depositing same in the United States First Class Mail, postage prepaid, in Harrisburg, Pennsylvania, to those persons and addresses indicated below:

Kevin W. Goldstein, Esq.
Ratner & Prestia
Suite 209, Webster
3411 Silverside Road
P. O. Box 7228
Wilmington, DE 19803

Mindy R. Fink

HBG\99045.1