# ORIGINAL



## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

INTERNATIONAL MARKETING, INC. :
Professional Arts Building :
Suite C, P.O. Box B :
Chambersburg, PA 17201 :
            Plaintiff, :
             :
      v. :

COUNTERACT BALANCING :
BEADS, INC. :
13029-8th Line :
RR # 1 :
Georgetown, Ontario L7G 4S4 :
            Defendant. :

**FILED**
HARRISBURG,

OCT 1 7 2002

MARY E. D'ANDREA,
Per _____ Deputy Clerk

CIVIL ACTION
No. 1:CV-00-0697

(Magistrate Judge Smyser)

## APPLICATION FOR AWARD OF
## ATTORNEYS' FEES

Pursuant to this Court's Order of March 28, 2002, Plaintiff,

International Marketing, Inc., respectfully applies for an award of attorneys' fees.

In support of this Motion, Plaintiff submits the following:

    1.    On March 28, 2002, this Court found Defendant, Counteract

Balancing Beads, Inc. in contempt of its Order of September 14, 2002.

KRLSHAR:21412.1

2.     In its Order of March 28, 2002, this Court ordered Defendant to pay the attorneys' fees incurred by International Marketing, Inc. in connection with its contempt motion.

3.     Defendant appealed this Court's Orders of September 14, 2002 and March 28, 2002.

4.     On appeal, four of the five issues raised by Defendant related only to the Order of March 28, 2002.

5.     Attached hereto and made a part hereof are the Affidavits of Allen C. Warshaw, William Cramer, and Mark Watkins in support of this request for attorneys' fees.

6.     Plaintiff incurred attorneys' fees totaling $61,958.68 related to the preparation, prosecution and appeal of the Motion for Contempt.

[Page Intentionally Left Blank]

WHEREFORE, Plaintiff, International Marketing, Inc. respectfully requests that this Court enter an Order requiring Defendant to pay to Plaintiff $63,210.68.

Respectfully submitted,

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

BY: _____

Allen C. Warshaw, Esquire
240 North Third Street, Suite 600
Harrisburg, PA   17101-1503
(717) 231-7718
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

INTERNATIONAL MARKETING,   INC.   :
Professional Arts Building                    :
Suite C, P.O. Box B                            :
Chambersburg, PA  17201                    :
        Plaintiff,                              :
                                                  :
v.                                                    :    CIVIL ACTION
                                                  :    No. 1:CV-00-0697
                                                  :
                                                  :
COUNTERACT BALANCING            :    (Magistrate Judge Smyser)
BEADS, INC.                                     :
13029-8th Line                                  :
RR # 1                                            :
Georgetown, Ontario L7G 4S4          :
        Defendant.                            :

## AFFIDAVIT IN SUPPORT OF
## ATTORNEYS' FEES

      I, Allen C. Warshaw, being duly sworn, depose and say:

      1.    I am a shareholder in the firm of Klett, Rooney, Lieber &

Schorling.

      2.    Prior to joining my present firm in June of this year, I was a

partner in the firm of Duane Morris LLP for approximately fifteen years.

3.      Prior to joining Duane Morris LLP, I was a Deputy Attorney General with the Commonwealth of Pennsylvania for thirteen years.  While a Deputy Attorney General, I served as Chief of the Civil Litigation Section for seven years and Head of Civil Law for one year.

4.      I graduated from the University of Pennsylvania in 1970 and from the Villanova School of Law in 1973.

5.      I served as lead counsel for Plaintiff International Marketing, Inc. throughout the course of this litigation.  My billing rate throughout the time I worked on the contempt motion and enforcement of this Court's injunctive order was $275 per hour.

6.      Working with me throughout the litigation was William Cramer.  His affidavit in support of his request for attorneys' fees is attached hereto as Exhibit "A."

7.      Assisting me with preparation of the Motion for Contempt was Jennifer Murphy, a seventh year associate at Duane Morris LLP.  She is a graduate of the University of Texas and Dickinson School of Law.  Her billing rate at the time she worked on the case was $195 per hour.

8.      Also assisting with preparation of the Motion for Contempt were attorneys from the law firm of Hahn Loeser & Parks LLP, a firm which has represented International Marketing, Inc. on various matters since 1993. An affidavit in support their request for attorneys' fees is attached hereto as Exhibit "B."

9.      In relation to its Motion for Contempt and the proceedings and appeals related thereto, International Marketing, Inc. incurred attorneys' fees for services by Duane Morris LLP and Klett, Rooney, Lieber & Schorling in the total amount of $40,398.18, $19628.82 for services performed in the District Court and $20,764.36 for services performed in the Court of Appeals.

10.     An itemized listing of the services rendered in the District Court and the time spent is attached hereto and made a part hereof as Exhibit "C."

11.     An itemized listing of the services rendered in the Court of Appeals and the time spent is attached hereto and made a part hereof as Exhibit "D."

12.     Because one of the five issues raised by Defendant on appeal involved the merits and not the contempt, I have apportioned 80% of the time

3

spent on the appeal to the contempt and enforcement of the Court's injunctive

order.  It was not practicable to record time separately.


_Allen C. Warshaw_

SWORN TO and subscribed
before me this _15th_ day of
October, 2002.

_Suzanne M. Miller_
　Notary Public

```
          Notarial Seal
  Suzanne M. Miller, Notary Public
 City of Harrisburg, Dauphin County
 My Commission Expires Feb. 17, 2006
```
Member, Pennsylvania Association of Notaries

Exh A

COMMONWEALTH OF PENNSYLVANIA        :
                                    : SS
COUNTY OF FRANKLIN                  :

I, William C. Cramer, co-counsel for International Marketing, Inc., verify, under

oath duly administered, that the attached statement is for legal services I provided on

behalf of International Marketing, Inc. arising from and related to the violations of the

Order of Court by Counteract Balancing Beads, Inc.

_____
William C. Cramer

Sworn and subscribed to before
me this 2nd day of October, 2002.

_____
Notary Public

NOTARIAL SEAL
SUSAN K. ROTE, NOTARY PUBLIC
CHAMBERSBURG BORO., FRANKLIN CO., PA
MY COMMISSION EXPIRES JUNE 20, 2005

# WILLIAM C. CRAMER
### ATTORNEY AT LAW
14 NORTH MAIN STREET, SUITE 414
CHAMBERSBURG, PENNSYLVANIA 17201

TELEPHONE 717
264-3711

May 1, 2002

International Marketing, Inc.
Professional Arts Building, Suite C
Chambersburg, PA 17201

**FOR LEGAL SERVICES RENDERED**  (through March 1, 2002)

- Office and telephone conferences with client regarding
  post-trial violations of Lantham Act and possible contempt
  citations; review post-trial advertising by Counteract,
  concerning possible Lantham Act violations and failure of
  Counteract to follow Court ordered injunction; telephone
  conferences with Atty. Watkins, regarding procedural
  matters to enforce contempt citation and Lantham Act
  violations; telephone conferences with Atty. Warshaw
  regarding false advertising claims, calculation of damages
  and contempt citation for Lantham Act violation; review
  and analyze contempt citation as proposed by Atty.
  Warshaw; review, analyze and redraft contempt citation
  as faxed by Atty. Watkins

- 24.00 hrs. @ $150.00 per hour ................................................. | $3,600.00 |

Terms: Payment in full requested within 30 days. Service charge
of 1-1/2% per month upon the remaining balance thereafter.

*Exh B*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

INTERNATIONAL MARKETING, INC.   :
Professional Arts Building   :
Suite C, P.O. Box B   :
Chambersburg, PA 17201   :
        Plaintiff,   :
   :
    v.   :  CIVIL ACTION
   :  No. 1:CV-00-0697
       :
   :
   :
COUNTERACT BALANCING   :  (Magistrate Judge Smyser)
BEADS, INC.   :
13029-8th Line   :
RR # 1   :
Georgetown, Ontario L7G 4S4   :
        Defendant.   :

## AFFIDAVIT OF ATTORNEYS' FEES

I, MARK A. WATKINS, being duly sworn, depose and say:

1.     I am a partner with Hahn Loeser & Parks LLP (hereinafter "HLP"), counsel for plaintiff International Marketing, Inc. ("IMI").

2.     We have represented IMI on various intellectual property and litigation matters since approximately 1993. We were requested by IMI to co-counsel with Duane Morris LLP on the post trial issues involved in the above captioned matter. I have been the HLP attorney primarily responsible for representation of IMI in this matter. I have done work or directed the work of others during the course of this litigation. As such, I have personal knowledge of all matters testified to herein.

3.     In relation to its Motion to Contempt, IMI has incurred attorneys' fees for services by Hahn Loeser & Parks, LLP that total the amount of $19,212.50.

4.     A summary of the fees and costs incurred by IMI from HLP in relation to its Motion for Contempt, is attached hereto as Exhibit 1.   IMI's actual invoices identifying these fees and costs are not provided due to the privileged contents of the invoices.

5.     An summary of the fees and costs incurred from HLP in relation to the appeal of the Contempt Order and follow up on Counteract's compliance with the Contempt Order, is attached hereto as Exhibit 2.   IMI's actual invoices identifying these fees and costs are not provided due to the privileged contents of the invoices.

6.     In a few instances, billing entries included work done on behalf of IMI related to the present Motion for Contempt, combined with another pending litigation involving the same defendant.   In these instances I have made a good faith attempt to properly apportion the time spent and the fees incurred for each matter.

Dated at Akron, Ohio, this ___10th___ day of October, 2002.

_____
Mark A. Watkins

State of Ohio           )
                        ) ss.
County of Summit        )

Sworn to before me and subscribed in my presence this ___16th___ day of October, 2002.

_____
Notary Public

Michael H. Minns, Attorney at Law
State of Ohio
My Commission Has No Expiration Date
Section 147.03 R.C.

B-1

### *Exhibit 1*

*International Marketing, Inc. v. Counteract Balancing Beads, Inc.*

**United States District Court for the Middle District of Pennsylvania**
**Case No. 1:CV-00-0697**
**Magistrate Judge Smyser**
**Summary of Fees**

| Invoice No. | Date | Attorney/Rate | Hours/Invoice | Total |
|---|---|---|---|---|
| 233529 | 12/18/2001 | MAW/$265.00 | 1.2 | $318.00 |
| 233529 | 12/18/2001 | RJC/$210.00 | 3.4 | $714.00 |
| 235467 | 01/22/2002 | MAW/$265.00 | 7.7 | $2040.50 |
| 235467 | 01/22/2002 | RJC/$210.00 | 1.5 | $315.00 |
| 235467 | 01/22/2002 | ERA/$190.00 | 7.1 | $1349.00 |
| 237301 | 02/21/2002 | MAW/$265.00 | 3 | $795.00 |
| 237301 | 02/21/2002 | RJC/$210.00 | 0.4 | $84.00 |
| 237301 | 02/21/2002 | ERA/$190.00 | 4.7 | $893.00 |
| 239991 | 03/26/2002 | MAW/$265.00 | 2.4 | $636.00 |
| 239991 | 03/26/2002 | RJC/$210.00 | 4.7 | $987.00 |
| 239991 | 03/26/2002 | ERA/$190.00 | 4.8 | $912.00 |
| 241313 | 04/22/2002 | MAW/$$265.00 | 11.6 | $3074.00 |
| 241313 | 04/22/2002 | RJC/$210.00 | 2.1 | $441.00 |
| 241313 | 04/22/2002 | ERA/$190.00 | 3.9 | $741.00 |
| **TOTAL** | | | **58.5** | **$13299.50** |

B-2

### *Exhibit 2*

*International Marketing, Inc. v. Counteract Balancing Beads, Inc.*

**United States District Court for the Middle District of Pennsylvania**
**Case No. 1:CV-00-0697**
**Magistrate Judge Smyser**
**Summary of Fees**

| Invoice No. | Date | Employee/Rate | Hours/Invoice | Total |
|---|---|---|---|---|
| 243754 | 5/22/2002 | RJC/$210.00 | 0.5 | $105.00 |
| 243754 | 5/22/2002 | ERA/$190.00 | 2.5 | $475.00 |
| 246602 | 7/15/2002 | MAW/$265.00 | 2.8 | $742.00 |
| 246602 | 7/15/2002 | RJC/$210.00 | 3 | $630.00 |
| 246602 | 7/15/2002 | ERA/$190.00 | 3.4 | $646.00 |
| 246602 | 7/15/2002 | RMB/$155.00 | 1.3 | $46.50 |
| 246602 | 7/15/2002 | WC/$95.00 | 0.7 | $66.50 |
| 247206 | 7/15/2002 | SBH/$100.00 | 0.3 | $30.00 |
| 247206 | 7/22/2002 | MAW/$265.00 | 4.6 | $1219.00 |
| 247206 | 7/22/2002 | RJC/$210.00 | 0.3 | $63.00 |
| 247206 | 7/22/2002 | ERA/$190.00 | 8.7 | $1653.00 |
| 247206 | 7/22/2002 | RMB/$155.00 | 0.2 | $31.00 |
| 247206 | 7/22/2002 | CM/$85.00 | 1.1 | $93.50 |
| 247206 | 7/22/2002 | CMH/$75.00 | 1.5 | $112.50 |
| **TOTAL** | | | **30.9** | **$5913.00** |

*Exh C*

## TIME AND FEES RELATED TO ENFORCEMENT OF ORDER
## DATED SEPTEMBER 14, 2002

| DATE | DESCRIPTION | ATTORNEY | HOURS |
|------|-------------|----------|-------|
| 11/06/01 | TELEPHONE FOGALS; DRAFT MOTION AND BRIEF | ACW | 2.40 |
| 11/07/01 | DRAFT BRIEF REGARDING CONTEMPT | ACW | 3.10 |
| 12/05/01 | CONFERENCE WITH ATTORNEY WARSHAW REGARDING CONTEMPT MOTION AND BRIEF; RESEARCH CBB'S WEBSITE; REVIEW SITE AND COMPARE TO PREVIOUS SITE; RESEARCH CIVIL CONTEMPT ISSUES | JLM | 3.20 |
| 12/06/01 | CONTINUE CONTEMPT RESEARCH; DRAFTING BRIEF; CONFERENCE WITH ATTORNEY WARSHAW | JLM | 7.20 |
| 12/11/01 | RESEARCH COURT'S JURISDICTION TO MODIFY ORDER WHILE CASE ON APPEAL; RESEARCH REGARDING LITERAL TRUTH AS ACTIONABLE ISSUE; DRAFTING BRIEF | JLM | 4.10 |
| 12/13/01 | FINAL DRAFTING AND REVISIONS TO MOTION FOR CONTEMPT, PROPOSED ORDER, AND SUPPORTING BRIEF | JLM | 4.40 |
| 12/13/01 | CONFERENCE WITH ATTORNEY WARSHAW REGARDING REVISIONS TO BRIEF AND MOTION FOR CONTEMPT | JLM | .10 |
| 12/13/01 | EDIT CONTEMPT BRIEF; REVIEW MOTION FOR AN EXTENSION | ACW | .80 |
| 01/10/02 | REVIEW COMMENTS ON CONTEMPT PETITION | ACW | .80 |

KRLSHAR:21121.1

| | | | |
|---|---|---|---|
| 01/10/02 | REVIEW CLIENT'S REVISIONS TO BRIEF AND MOTION; REVISE NEW DRAFTS OF MOTION AND BRIEF; CONFERENCE WITH ATTORNEY WARSHAW; CONVERT DOCUMENTS FROM WORD TO WORDPERFECT | JLM | 1.40 |
| 01/11/02 | FINAL REVISIONS TO BRIEF AND MOTION; REVIEW E-MAIL FROM CLIENT REGARDING ATTORNEY'S FEES ISSUE; CONFERENCE WITH ATTORNEY WARSHAW REGARDING BRIEF REVISION | JLM | .50 |
| 01/14/02 | REVIEW CORRESPONDENCE; REVIEW WEBSITE | ACW | .70 |
| 01/16/02 | REVIEW EDITED MOTION AND BRIEF | ACW | .80 |
| 01/16/02 | REVIEW E-MAIL; REVIEW VOICE MAIL FROM ATTORNEY WARSHAW REGARDING BRIEF | JLM | .20 |
| 01/18/02 | CONFERENCE WITH ATTORNEY WARSHAW; COMPARE REVISED MOTION AND BRIEFS TO ORIGINAL DRAFTS; CONFERENCE WITH ATTORNEY WARSHAW; REVISE ORIGINAL BRIEFS | JLM | 1.40 |
| 01/21/02 | CONFERENCE WITH ATTORNEY WARSHAW REGARDING MOTION FOR CONTEMPT AND BRIEF | JLM | .10 |
| 01/22/02 | REVIEW MOTION AND BRIEF | ACW | .30 |
| 01/22/02 | REVISE MOTION AND BRIEF FOR CONTEMPT; PREPARE EXHIBITS TO BRIEF; PREPARE FOR FILING | JLM | .80 |
| 01/23/02 | CONFERENCE WITH ATTORNEY GOLDSTEIN'S OFFICE REGARDING NONCONCURRENCE AND FILE MOTION AND BRIEF | JLM | .20 |
| 01/30/02 | TELEPHONE FOGALS AND M. WATKINS; REVIEW FILE | ACW | .70 |

KRLSHAR:21121.1

2

| 02/01/02 | REVIEW FILE REGARDING CONTEMPT | ACW | .40 |
| 02/11/02 | CONFERENCE WITH ATTORNEY WARSHAW REGARDING FURTHER CONTEMPT ISSUES | JLM | .10 |
| 02/15/02 | CONVERSATION WITH ATTORNEY WARSHAW REGARDING BRIEF; REVIEW BRIEF OPPOSING MOTION FOR CONTEMPT AND ATTACHED EXHIBITS | JLM | .40 |
| 02/15/02 | REVIEW RESPONSE TO CONTEMPT MOTION; DRAFT REPLY BRIEF | ACW | 5.70 |
| 02/19/02 | TELEPHONE R. HART; DRAFT BRIEF | ACW | 3.50 |
| 02/19/02 | CONFERENCE WITH ATTORNEY WARSHAW REGARDING CONTEMPT BRIEF AND EXHIBITS | JML | .10 |
| 02/20/02 | DRAFT  BRIEF | ACW | 1.50 |
| 02/20/02 | REVIEW BROCHURES FORWARDED BY CO-COUNSEL AND NOTE TO ATTORNEY WARSHAW REGARDING BROCHURE | JML | .20 |
| 02/21/02 | REVIEW FILE REGARDING BROCHURE; EDIT BRIEF | ACW | 3.50 |
| 02/22/02 | REVIEW ADDITIONS TO BRIEF | ACW | .70 |
| 02/25/02 | EDIT BRIEF; REVIEW BROCHURE | ACW | 1.20 |
| 02/27/02 | TELEPHONE R. FOGAL, JR.; REVIEW BRIEF | ACW | .10 |
| 02/27/02 | REVIEW BROCHURE FORWARDED BY CO-COUNSEL AND NOTE TO ATTORNEY WARSHAW REGARDING BROCHURE | JLM | .10 |
| 02/28/02 | REVIEW ORDER; REVIEW FILE; TELEPHONE CONFERENCE WITH R. FOGAL, JR. | ACW | 1.30 |
| 02/28/02 | REVIEW VOICE MAIL FROM ATTORNEY WARSHAW REGARDING UPCOMING CONTEMPT HEARING | JML | .10 |

| Date | Description | Initials | Hours |
|---|---|---|---|
| 03/01/02 | REVIEW BRIEF; TELEPHONE CONFERENCE WITH B. FOGAL, SR. | ACW | .90 |
| 03/05/02 | TELEPHONE CONFERENCE WITH INTERPRETER | ACW | .40 |
| 03/05/02 | CONFERENCES WITH ATTORNEY WARSHAW; CONTINUE SEARCH FOR TRANSLATOR/EXPERT WITNESS IN ITALIAN AND PORTUGUESE | JLM | 1.20 |
| 03/06/02 | CONTINUE SEARCH FOR EXPERT WITNESSES; CONFERENCES WITH ATTORNEY WARSHAW REGARDING PORTUGUESE EXPERT AND POSSIBLE STIPULATION | JLM | .70 |
| 03/06/02 | REVIEW FILE; MEET WITH S. APICELLI REGARDING PATENT ISSUES; REVIEW SURREPLY BRIEF; TELEPHONE CONFERENCE WITH S. POTTS | ACW | 1.50 |
| 03/07/02 | REVIEW FILE; PREPARE FOR HEARING; TELEPHONE CONFERENCE WITH M. WATKINS; MEET WITH J. MURPHY; TELEPHONE CONFERENCE WITH TRANSLATOR | ACW | .90 |
| 03/07/02 | CONTINUE SEARCH FOR TRANSLATOR; REVIEW QUOTE FROM EXACT COMMUNICATION; CONVERSATION WITH ALS REGARDING SERVICES; CONVERSATION WITH LANGUAGE SERVICES; CONFERENCE WITH ATTORNEY WARSHAW; CONVERSATION WITH LANGUAGE SERV TRANSLATION/PROOF-READING | JLM | 1.20 |
| 03/08/02 | PREPARE FOR HEARING; TELEPHONE CONFERENCE WITH R. FOGAL; TELEPHONE CONFERENCE WITH TRANSLATOR; TELEPHONE CONFERENCE WITH K. GOLDSTEIN | ACW | .70 |
| 03/11/02 | REVIEW FILE; TELEPHONE CONFERENCE WITH INTERPRETOR; PREPARE FOR ARGUMENT | ACW | 3.70 |

| 03/11/02 | CONFERENCE WITH ATTORNEY WARSHAW; CONFERENCE WITH SANDRA FROM LEGAL SERVICES; WEBSITE SEARCHES AND COMPILING EXHIBITS; PREPARE FOR HEARING; CONFERENCES WITH ATTORNEY WARSHAW AND LANGUAGE SERVICES REGARDING HEARING | JLM | 1.20 |
|---|---|---|---|
| 03/12/02 | PREPARE FOR ARGUMENT; ATTEND ARGUMENT; TELEPHONE DRAFT SUMMARY OF HEARING/ARGUMENT | JLM | 3.70 |
| 03/13/02 | REVIEW MEMO REGARDING ARGUMENT; DRAFT PROPOSED ORDER; TELEPHONE CONFERENCE WITH R. FOGAL, SR. | JLM | 1.30 |
| 03/13/02 | REVIEW PROPOSED ORDER FOR CONTEMPT MOTION AND COMMENTS THERETO | JLM | .10 |
| 04/08/02 | REVIEW MOTION FOR A STAY; RESEARCH REGARDING MOTION | ACW | 5.10 |
| 04/08/02 | REVIEW MOTION FOR STAY AND SUPPORTING BRIEF | JLM | .50 |
| 04/09/02 | DRAFT BRIEF | ACW | 2.40 |
| 04/09/02 | REVIEW DRAFT OF BRIEF OPPOSING MOTION TO STAY; REVIEW JUDICIAL NOTICE ISSUE AND RESEARCH | JLM | .80 |
| 04/10/02 | EDIT BRIEF | ACW | .80 |
| 04/10/02 | CONFERENCE WITH ATTORNEY WARSHAW | JLM | .10 |
| 04/15/02 | EDIT BRIEF | ACW | 1.00 |
| 04/19/02 | REVIEW COURT'S ORDER DENYING MOTION TO STAY | JLM | .10 |
| 04/23/02 | REVIEW MOTION FOR A STAY | ACW | 1.90 |
| 04/23/02 | REVIEW E-MAIL FROM ATTORNEY WARSHAW; REVIEW DRAFT BRIEF OPPOSING MOTION TO STAY; REVISIONS TO BRIEF | ACW | .60 |

| 04/24/02 | EDIT RESPONSE TO STAY MOTION | ACW | .50 |
| 04/25/02 | REVIEW ORDER | JLM | .10 |

| TIMEKEEPER | HOURS | VALUE |
|---|---|---|
| AC Warshaw | 47.90 | $13,172.50 |
| JL Murphy | 35.60 | 6,942.00 |
| | | $20,114.50 |

Expenses:

| 02/15/02 | LEXIS LEGAL RESEARCH | 157.33 |
| 02/19/02 | LEXIS LEGAL RESEARCH | 68.60 |
| 02/20/02 | LEXIS LEGAL RESEARCH | 130.03 |
| 02/21/02 | LEXIS LEGAL RESEARCH | 298.90 |
| | **Total** | **$   654.86** |

**TOTAL DUE**          $20,769.36

*Exh D*

## TIME SPENT ON APPEAL

| | | | |
|---|---|---|---|
| 06/05/02 | REVIEW RECORD | ACW | 1.80 |
| 06/08/02 | DRAFT BRIEF | ACW | 1.90 |
| 06/17/02 | REVIEW ORDERS AND OPINION; REVIEW CBB'S APPELLATE BRIEF | ACW | 3.40 |
| 06/18/02 | REVIEW RECORD REGARDING APPENDIX; REVIEW COUNTERACT BRIEF | ACW | 2.70 |
| 06/19/02 | DRAFT BRIEF; TELEPHONE CONFERENCE WITH R. FOGAL, JR. | ACW | 5.40 |
| 06/20/02 | DRAFT BRIEF; TELEPHONE CONFERENCE WTIH M. WATKINS | ACW | 4.00 |
| 06/21/02 | REVIEW BRIEF | ACW | .80 |
| 06/22/02 | DRAFT BRIEF | ACW | 2.20 |
| 06/24/02 | RESEARCH; DRAFT BRIEF | ACW | 6.50 |
| 06/25/02 | DRAFT BRIEF | ACW | 5.70 |
| 06/26/02 | DRAFT BRIEF | ACW | 5.40 |
| 06/27/02 | TELEPHONE CONFERENCE WITH M. WATKINS; REVIEW OPINION REGARDING DRAFTING BRIEF | ACW | .30 |
| 06/28/02 | EDIT BRIEF | ACW | 3.20 |
| 07/01/02 | REVIEW BRIEF; REVIEW COMMENTS | ACW | 2.10 |
| 07/02/02 | TELEPHONE CONFERENCE WITH R. FOGAL, JR.; REVIEW FILE | ACW | .30 |
| 07/05/02 | PREPARE MOTION FOR FEES | ACW | .30 |
| 07/08/02 | PREPARE FOR ARGUMENT | ACW | 1.40 |
| 07/09/02 | PREPARE FOR ARGUMENT | ACW | 4.30 |
| 07/10/02 | PREPARE FOR ARGUMENT | ACW | 2.30 |

KRLSHAR:21158.1

| | | | |
|---|---|---|---|
| 07/11/02 | REVIEW REPLY BRIEF | ACW | .80 |
| 07/15/02 | PREPARE FOR ARGUMENT | ACW | 2.10 |
| 07/16/02 | PREPARE FOR ARGUMENT | ACW | 1.40 |
| 07/17/02 | PREPARE FOR ARGUMENT | ACW | 2.40 |
| 07/22/02 | PREPARE FOR ARGUMENT | ACW | 4.70 |
| 07/23/04 | PREPARE FOR ARGUMENT; TRAVEL | ACW | 7.40 |
| 07/24/02 | PREPARE FOR ARGUMENT; ARGUMENT; TRAVEL | ACW | 6.80 |
| 07/25/02 | REVIEW FILE; DRAFT E-MAIL REGARDING ARGUMENT | ACW | .50 |
| 09/13/02 | REVIEW FILE REGARDING ATTORNEYS FEES | ACW | .70 |
| 9/13/02 | REVIEW OPINION; TELEPHONE CONFERENCE WITH R. FOGAL | ACW | .60 |
| 9/15/02 | REVIEW BILLS REGARDING ATTORNEYS FEES | ACW | .50 |
| 9/17/02 | PREPARE ATTORNEYS FEES MATERIALS | ACW | 1.00 |
| 9/18/02 | REVIEW COST AND ATTORNEYS FEES DOCUMENTS | ACW | .90 |

| TIMEKEEPER | HOURS | VALUE |
|---|---|---|
| Allen C. Warshaw (83.80 x .8) | 67.04 | $18,436.00 |

KRLSHAR:21158.1

<u>KRLS AUGUST BILL:</u>

| | |
|---|---:|
| REPRODUCTION OF DOCUMENTS | 3.40 |
| FEDERAL EXPRESS | 11.41 |
| COMPUTER RESEARCH 6/18-6/20 | 30.81 |
| DUPLICATING SERVICES - CAPITOL COPY SERVICE | 106.18 |
| COMPUTER RESEARCH 7/10-7/11 | 205.75 |
| COMPUTER RESEARCH 6/24-6/26 | 300.50 |
| COMPUTER RESEARCH 7/15-7/17 | 207.50 |
| **TOTAL AUGUST EXPENSES (865.55 x .8)** | **$692.44** |

KRLSHAR:21158.1

KRLS SEPTEMBER BILL:

REPRODUCTION OF DOCUMENTS                                    .40

FEDERAL EXPRESS                                            30.11

COMPUTER RESEARCH 7/22-7/23                              107.75

**TOTAL SEPTEMBER EXPENSES (138.26 x .8)        $110.61**


KRLS OCTOBER BILL:

**TOTAL OCTOBER EXPENSES (487.21 x .8)          $389.77**


| | |
|---|---|
| **TOTAL TIME** | **$18,436.00** |
| **TOTAL AUGUST EXPENSES** | **692.44** |
| **TOTAL SEPTEMBER EXPENSES** | **110.61** |
| **TOTAL OCTOBER EXPENSES** | **389.77** |
| **TOTAL DUE** | **$19,628.82** |

## CERTIFICATE OF SERVICE

On the 17th day of October, 2002, I, Glenda K. Davidson, secretary in the law offices of Klett Rooney Lieber & Schorling, hereby certify that I have served this day a true and correct copy of the foregoing **Application for Award of Attorneys' Fees** in the above-captioned matter, via first class mail, to those persons indicated below:

>Counteract Balancing Beads, Inc.
>c/o Kevin W. Goldstein, Esquire
>Ratner & Prestia
>Suite 209, Webster
>3411 Silverside Road
>P.O. Box 7228
>Wilmington, DE  19803

Glenda K. Davidson

KRLSHAR:21412.1