

**MARY E. D'ANDREA**
Clerk of Court

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT *of* PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650

*Divisional Offices*

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

October 28, 2002

William C. Cramer, Esq.
Allen C. Warshaw, Esq.
Kathleen W. Cramer, Esq.
Jennifer L. Murphy, Esq.
Kevin W. Goldstein, Esq.
Costas S. Kirikelis, Esq.

FILED
SCRANTON
OCT 2 8 2002

PER _____
DEPUTY CLERK

Re: <u>International Market vs Counteract Balancing Beads, Inc.</u>
    Civil No. 4:00-CV-0697 (Magistrate Judge Smyser)

Dear Counsel:

Under Rule 54(d), F.R.C.P. and Local Rules 54.3 and 54.4, taxation of costs have been requested by the prevailing party. The required supporting documents have been submitted along with certification that other parties were given required notice.

Resolution of the appeal has prompted the taxation of costs to occur. Any objections to the taxing of costs should be filed with the Clerk on or before **November 4, 2002**. Absent any objections by that time, costs will be taxed on **November 11, 2002** or as soon thereafter as the matter can be reached.

Very truly yours,

MARY E. D'ANDREA, CLERK

By _____
Deputy Clerk