CC: MJ Smyser; Mary D'Andrea; Attys Krikelis; Goldstein; K. Cramer; W. Cramer + A. Warshaw  (128  gr 11/27/02)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL MARKETING, INC., | : | CIVIL NO. **1:CV-00-0697** |
| Plaintiff | : | (Magistrate Judge Smyser) |
| v. | : | |
| COUNTERACT BALANCING BEADS, INC., | : | **FILED** HARRISBURG, PA |
| Defendant | : | NOV 27 2002 |
| | | MARY E. D'ANDREA, CLERK |
| <u>ORDER</u> | | Per _____ Deputy Clerk |

**IT IS ORDERED** that, unless on or before December 9, 2002 a hearing is requested on the motion of the plaintiff for attorneys' fees, the motion will be decided by the court on the record (briefs and supporting documents and the history of the case) that is already before the court.

_____
J. Andrew Smyser
Magistrate Judge

Dated:   November 27, 2002.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 27, 2002

Re:  1:00-cv-00697    International Market v. Counteract Balancing

True and correct copies of the attached were mailed by the clerk
to the following:

Allen C. Warshaw, Esq.
Klett Rooney Lieber & Schorling, P.C.
240 North Third Street
Harrisburg, PA  17101    Fax No.: 17172317712

William C. Cramer, Esq.
414 Chambersburg Trust Bldg.
Chambersburg, PA  17201

Kathleen W. Cramer, Esq.
414 Chambersburg Trust Building
Chambersburg, PA  17201

Kevin W. Goldstein, Esq.
Ratner & Prestia
Suite 209, Webster
3411 Silverside Road, P.O. Box 7228
Wilmington, DE  19803

Costas S. Krikelis, Esq.
Ratner & Prestia
Suite 209, Webster
3411 Silverside Road, P.O. Box 7228
Wilmington, DE  19803

*[handwritten annotation: reg mail ECM Down 11/27/02]*

```
cc:
Judge                              ( )       ( ) Pro Se Law Clerk
Magistrate Judge Smyser  ( ✓ )     ( ) INS
U.S. Marshal                  ( )              ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )         + Mary D
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )   with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )   with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen ( )
                                         DA of County  ( )   Respondents ( )
Bankruptcy Court              ( )
Other_____          ( )
                                                    MARY E. D'ANDREA, Clerk

DATE: ___11/27/02___                          BY: _____
                                                      Deputy Clerk
```