*cc: MJ Smyser; Kritkilis; Goldsteen; KCramer; Wm. Cramer; Allen Warshaw & M. D'Andrea* ①30 *do 12/3/02*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL MARKETING, INC., | : | CIVIL NO. **1:CV-00-0697** |
| Plaintiff | : | |
| | : | (Magistrate Judge Smyser) |
| v. | : | |
| COUNTERACT BALANCING BEADS, INC., | : | |
| Defendant | : | |

### ORDER

Upon consideration of the Motion of Counteract Balancing Beads for Leave to File a Sur Reply Brief, and finding good cause for filing such a motion, **IT IS ORDERED** that Counteract Balancing Beads shall file and serve its sur reply brief and any affidavits or exhibits on or before December 10, 2002. This Order does not affect the requirement of the Order of November 27, 2002.

_____
J. Andrew Smyser
Magistrate Judge

Dated: December __3__, 2002.

FILED
HARRISBURG, PA

DEC 03 2002

MARY E. D'ANDREA, CLERK
Per _____
            Deputy Clerk

AO 72A
(Rev. 8/82)