

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

INTERNATIONAL MARKETING, INC.   :
                                :
        Plaintiff               :   CIVIL ACTION NO. 1:CV-00-697
                                :   (Magistrate Judge Smyser)
    v.                          :
                                :   FILED
                                :   SCRANTON
COUNTERACT BALANCING BEADS, INC.:
                                :   DEC 11 2002
        Defendant               :
                                    PER _____
                    JUDGMENT            DEPUTY CLERK

Pursuant to the court's judgment entered September 18, 2001 and Federal Rule of Civil Procedure 54(d)(1), costs are hereby taxed against <u>defendant Counteract Balancing Beads</u> and in favor of <u>plaintiff International Marketing, Inc.</u> in the amount of $6,647.04.

ATTEST:

_____
MARY E. D'ANDREA, Clerk

AO 72A
(Rev. 8/82)