IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

INTERNATIONAL MARKETING, INC. :
Professional Arts Building :
Suite C, P.O. Box B :
Chambersburg, PA 17201 :
    Plaintiff, :
     :
v. : CIVIL ACTION
     : No. 1:CV-00-0697
     :
     :
COUNTERACT BALANCING : (Magistrate Judge Smyser)
BEADS, INC. :
13029-8th Line :
RR # 1 :
Georgetown, Ontario L7G 4S4 :
    Defendant. :

### MOTION FOR RECONSIDERATION

Plaintiff, International Marketing, Inc., by its counsel, respectfully requests that this Court reconsider its Order of January 2, 2003 insofar as it held that the application for attorneys' fees incurred in the appellate phase of the

KRLSHAR:22396.1

contempt motion litigation was untimely and denied the request to award such fees.

                                               Respectfully submitted,

                                               KLETT ROONEY LIEBER & SCHORLING
                                               A Professional Corporation

BY: _____
                                   Allen C. Warshaw, Esquire
                                   240 North Third Street, Suite 600
                                   Harrisburg, PA  17101-1503
                                   (717) 231-7718
                                   Counsel for Plaintiff

## CERTIFICATE OF NON-CONCURRENCE FOR PLAINTIFF'S MOTION FOR RECONSIDERATION

Allen C. Warshaw, counsel for Plaintiff, has sought the concurrence of Defendant's counsel, Kevin W. Goldstein, by way of e-mail. The undersigned requested either concurrence or non-concurrence in the attached Motion. Defendant's counsel has indicated that he does not concur in Plaintiff's Motion for Reconsideration.

Respectfully submitted,

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

BY: _____
Allen C. Warshaw, Esquire
240 North Third Street, Suite 600
Harrisburg, PA  17101-1503
(717) 231-7718
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

On the 9th day of January, 2003, I, Glenda K. Davidson, a secretary in the law offices of Klett Rooney Lieber & Schorling, hereby certify that I served a true and correct copy of the foregoing Motion for Reconsideration in the above-captioned matter via first class mail, to those persons indicated below:

> Counteract Balancing Beads, Inc.
> c/o Kevin W. Goldstein, Esquire
> Ratner & Prestia
> Suite 209, Webster
> 3411 Silverside Road
> P.O. Box 7228
> Wilmington, DE 19803

*Glenda K. Davidson*
Glenda K. Davidson

KRLSHAR:22396.1