ORIGINAL

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL MARKETING, INC.<br><br>Plaintiff,<br><br>v.<br><br>COUNTERACT BALANCING BEADS, INC.<br><br>Defendant. | C.A. NO. 1:CV 00-0697 |

FILED
HARRISBURG, PA
FEB 28 2003
MARY E. D'ANDREA, CLERK
Per _____

**STIPULATION AND ORDER**

WHEREAS, International Marketing Inc. ("IMI") and Counteract Balancing Beads, Inc. ("CBB") have been engaged in on-going settlement discussions; and

WHEREAS, IMI and CBB have reached an agreement in principle to fully resolve this matter, including the pending Motion For Reconsideration of IMI; and

WHEREAS, the parties wish a limited period of time to draft and finalize settlement documents;

IT IS HEREBY STIPULATED by and through their undersigned counsel, subject to the approval of the Court, that the time period for defendant Counteract Balancing Beads, Inc. to file and serve a responsive brief opposing IMI's Motion For Reconsideration, if the parties are not be able to finalize settlement, shall be extended to and including March 17, 2003.

| RatnerPrestia | Klett Rooney Lieber & Schorling |
|---|---|
| *Kevin W. Goldstein* See email attached | *Allen C. Warshaw* |
| Kevin W. Goldstein | Allen C. Warshaw |
| (ID No. 61385) | (ID No. 17145) |
| 1007 Orange Street, Suite 1100 | 240 North Third Street, Suite 600 |
| Nemours Building | Harrisburg, PA 17101-1503 |
| Wilmington, DE 19803 | (717) 231-7718 |
| (302) 778-2500 | |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Counteract Balancing Beads, Inc. | International Marketing, Inc. |

IT IS SO ORDERED this _____ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE

159261

| | |
|---|---|
| **From:** | Kevin Goldstein <kwgoldstein@ratnerprestia.com> |
| **To:** | "'acwarshaw@klettrooney.com'" <acwarshaw@klettrooney.com> |
| **Date:** | 2/27/03 7:22PM |
| **Subject:** | IMI v. CBB; draft stipulation |

Allen:

as related in my voicemail and email, attached is a draft Stipulation to extend the briefing relating to the motion for reconsideration. If you are ok with the stip, please sign on my behalf and have it filed. If you have any questions, please call me and / or email me. I should be in the office tomorrow, but given the weather, I may be working from home.

Kevin

<<Stipulation to extend(02).doc>>

Kevin W. Goldstein
RatnerPrestia
Nemours Building
1007 Orange Street, Suite 1100
P.O. Box 1596
Wilmington, DE 19899
phone:         302-778-3461
fax:     302-778-2600
e-mail: kwgoldstein@ratnerprestia.com

WE SPECIALIZE IN THE LAW OF CREATIVITY®

CONFIDENTIAL AND PRIVILEGED ATTORNEY/CLIENT INFORMATION
This electronic mail message (and/or documents accompanying it) may contain attorney/client privileged communications and confidential business information that is intended for use only by the individual or company to whom it is addressed. Disclosure, interception, copying or any other use of this electronic mail message by anyone other than any intended recipient is prohibited. If you receive this electronic mail message by mistake, please notify the sender.