

CW - 496

# - Barcode Data -

## Comments:

approving stip

## Queue: js
## Doc Type: order
## Case No: 00-697

CC: MJ Smyser; attys Warshaw, Murphy, Cramer, Krikelis, Goldstein

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL MARKETING, INC. : | C.A. NO. 1:CV 00-0697 |
| Plaintiff, : | |
| v. : | Mag J Smyser |
| COUNTERACT BALANCING BEADS, INC. : | Stip |
| Defendant. : | FILED<br>HARRISBURG, PA<br>FEB 28 2003<br>MARY E. D'ANDREA, CLERK<br>Per _____ |

### STIPULATION AND ORDER

WHEREAS, International Marketing Inc. ("IMI") and Counteract Balancing Beads, Inc. ("CBB") have been engaged in on-going settlement discussions; and

WHEREAS, IMI and CBB have reached an agreement in principle to fully resolve this matter, including the pending Motion For Reconsideration of IMI; and

WHEREAS, the parties wish a limited period of time to draft and finalize settlement documents;

IT IS HEREBY STIPULATED by and through their undersigned counsel, subject to the approval of the Court, that the time period for defendant Counteract Balancing Beads, Inc. to file and serve a responsive brief opposing IMI's Motion For Reconsideration, if the parties are not be able to finalize settlement, shall be extended to and including March 17, 2003.

| | |
|---|---|
| RatnerPrestia | Klett Rooney Lieber & Schorling |
| /s/ *Kevin W. Goldstein on See email attached* | /s/ *Allen C. Warshaw* |
| Kevin W. Goldstein | Allen C. Warshaw |
| (ID No. 61385) | (ID No. 17145) |
| 1007 Orange Street, Suite 1100 | 240 North Third Street, Suite 600 |
| Nemours Building | Harrisburg, PA 17101-1503 |
| Wilmington, DE 19803 | (717) 231-7718 |
| (302) 778-2500 | |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Counteract Balancing Beads, Inc. | International Marketing, Inc. |

IT IS SO ORDERED this 4th day of March, 2003.

_____
UNITED STATES ~~DISTRICT~~ JUDGE

**FILED**
HARRISBURG, PA

MAR 0 5 2003

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

159261