**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| INTERNATIONAL MARKETING, INC., | : |
| | : C.A. No. 1:CV 00-0697 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : (Judge Smyser) |
| COUNTERACT BALANCING BEADS, INC., | : |
| | : |
| Defendant. | : |

**ORDER**

AND NOW, this ____ day of _____ 2003, this Court having considered the Concurred Motion Of Counteract Balancing Beads, Inc. To Extend Briefing Schedule (the "Motion"), and finding good cause for the Motion;

IT IS HEREBY ORDERED, that the Motion of Counteract Balancing Beads ("CBB") is GRANTED.

CBB shall have to March 31, 2003 to file and serve a responsive brief opposing IMI's Motion For Reconsideration, if the parties are not able to finalize settlement of this matter.

_____
Magistrate Judge