IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

INTERNATIONAL MARKETING, INC.,

    Plaintiff,

v.

COUNTERACT BALANCING BEADS, INC.,

    Defendant.

C.A. No. 1:CV 00-0697

(Judge Smyser)

## ORDER

AND NOW, this 18th day of March, 2003, this Court having considered the Concurred Motion Of Counteract Balancing Beads, Inc. To Extend Briefing Schedule (the "Motion"), and finding good cause for the Motion;

IT IS HEREBY ORDERED, that the Motion of Counteract Balancing Beads ("CBB") is GRANTED.

CBB shall have to March 31, 2003 to file and serve a responsive brief opposing IMI's Motion For Reconsideration, if the parties are not able to finalize settlement of this matter.

FILED
HARRISBURG, PA
MAR 18 2003
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

_____
Magistrate Judge