**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

INTERNATIONAL MARKETING, INC.,　　　:

　　　　　　　　　　　　　　　　　:　　C.A. No. 1:CV 00-0697

　　　　　Plaintiff,　　　　　　　:

　　　　　　　　　　　　　　　　　:

　　　　v.　　　　　　　　　　　　:　　(Magistrate Smyser)

　　　　　　　　　　　　　　　　　:

COUNTERACT BALANCING BEADS, INC.,:

　　　　　　　　　　　　　　　　　:

　　　　　Defendant.　　　　　　　:

　　　　　　　　　　　　　　　　　:

FILED
HARRISBURG, PA

APR 0 1 2003

MARY E. D'ANDREA, CLERK
Per
Deputy Clerk

**CONCURRED MOTION OF DEFENDANT COUNTERACT
BALANCING BEADS, INC. TO FURTHER
EXTEND BRIEFING SCHEDULE**

　　　　Defendant Counteract Balancing Beads, Inc. ("CBB" or "defendant"), by and through its undersigned counsel, and with agreement and concurrence of plaintiff International Marketing, Inc. ("IMI" or "plaintiff"), by and through its counsel, moves this Court for a further extension of time within which to file, if necessary, a responsive brief to IMI's pending Motion for Reconsideration. In support of this motion, CBB states as follows:

　　　　1.　　On January 8, 2003, IMI filed its motion for reconsideration regarding the Court's decision denying in part IMI's Motion for Attorney's Fees.

2.   On February 7, 2003, IMI filed its
Memorandum of Law in support its Motion for
Reconsideration.

3.   IMI and CBB have been engaged in settlement
discussions to resolve this matter, including resolving
the pending Motion for Reconsideration.

4.   The parties have previously requested, and
the Court has granted two extensions of time to conclude
their settlement discussions or file a responsive brief to
the pending Motion for reconsideration.

5.   The parties have continued the drafting of
settlement documents but have not finalized such
documents.  The parties believe completion can be
accomplished within the next week.

6.   CBB accordingly requests, and IMI concurs in
such a request, for a limited extension of time to the
briefing schedule, to allow the parties the opportunity to
finalize the settlement documents.

7.   On March 31, 2003, counsel for the parties
conducted a short telephone conference with the Court and
advised the Court of this request for a limited extension

of time to complete, if necessary, briefing relating to
the pending Motion for Reconsideration.

A form of Order for this request is attached for
Court's convenience.

Respectfully submitted,

Kevin W. Goldstein
RatnerPrestia
Suite 301, One Westlakes
P.O. Box 980
Valley Forge, PA  19482
(610) 407-0700

Costas S. Krikelis
RatnerPrestia
1007 Orange Street
Nemours Building, Suite 1100
Wilmington, DE  19803
(302) 778-2500

Attorneys for Defendant
Counteract Balancing Beads

Dated:  March 31, 2003

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Concurred Motion of Defendant Counteract Balancing Beads, Inc. To Further Extend Briefing Schedule* was served upon the noted counsel of record by Federal Express, overnight delivery, on March 31, 2003.

Allen C. Warshaw, Esquire
Klett Rooney Lieber & Schorling
240 North Third Street, Suite 600
Harrisburg, PA 17108

Kevin W. Goldstein