**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| INTERNATIONAL MARKETING, INC., | : | |
| | : | C.A. No. 1:CV 00-0697 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (Judge Smyser) |
| COUNTERACT BALANCING BEADS, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

AND NOW, this ____ day of _____ 2003, this Court having considered the Concurred Motion Of Counteract Balancing Beads, Inc. To Further Extend Briefing Schedule (the "Motion"), and finding good cause for the Motion;

IT IS HEREBY ORDERED, that the Motion of Counteract Balancing Beads ("CBB") is GRANTED.

CBB shall have to April 7, 2003 to file and serve a responsive brief opposing IMI's Motion For Reconsideration, if the parties are not able to finalize settlement of this matter.

_____
Magistrate Judge