U.S. POSTAGE
$ 0.37⁰
METER
N 9503941
neopost

**FILED**
HARRISBURG, PA

APR 1 6 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

HARRISBURG
04-03-03
PA

*Wrong Address*

**RTS**
RETURN TO SENDER

☐ OTHER

A ☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER / STREET
☐ NOT DELIVERABLE AS ADDRESSED
S ☐ - UNABLE TO FORWARD

17108/0303

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

INTERNATIONAL MARKETING, INC.,   :
                                   :    C.A. No. 1:CV 00-0697

         Plaintiff,        :

    v.                     :
                                   :    (Judge Smyser)

COUNTERACT BALANCING BEADS, INC.,:

         Defendant.      :
                                 :

## ORDER

AND NOW, this *2nd* day of *April* 2003, this

Court having considered the Concurred Motion Of Counteract

Balancing Beads, Inc. To Further Extend Briefing Schedule

(the "Motion"), and finding good cause for the Motion;

IT IS HEREBY ORDERED, that the Motion of
*(Doc. 142)*
Counteract Balancing Beads ("CBB") is GRANTED.

CBB shall have to April 7, 2003 to file and

serve a responsive brief opposing IMI's Motion For

Reconsideration, if the parties are not able to finalize

settlement of this matter.

_____
Magistrate Judge

Case No: 1:00-cv-00697-JAS    Document No: 143, User: rw, 1 Copy Printed: Apr, 3, 2003  09:59 AM

Costas S. Krikelis
Ratner & Prestia
Suite 209, Webster
3411 Silverside Road, P.O. Box 7228
Wilmington, DE 19803

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

INTERNATIONAL MARKETING, INC.,       :
                                      :       C.A. No. 1:CV 00-0697
            Plaintiff,                :
                                      :
      v.                              :
                                      :       (Judge Smyser)
COUNTERACT BALANCING BEADS, INC.,:
                                      :
            Defendant.                :
                                      :

**ORDER**

AND NOW, this *2nd* day of *April* 2003, this

Court having considered the Concurred Motion Of Counteract

Balancing Beads, Inc. To Further Extend Briefing Schedule

(the "Motion"), and finding good cause for the Motion;

IT IS HEREBY ORDERED, that the Motion of
            *(Doc. 142)*
Counteract Balancing Beads ("CBB") is GRANTED.

CBB shall have to April 7, 2003 to file and

serve a responsive brief opposing IMI's Motion For

Reconsideration, if the parties are not able to finalize

settlement of this matter.

_____
Magistrate Judge

Case No: 1:00-cv-00697-JAS    Document No: 143, User: rw, 1 Copy Printed: Apr, 3, 2003  09:59 AM

Kevin W. Goldstein
Ratner & Prestia
Suite 209, Webster
3411 Silverside Road, P.O. Box 7228
Wilmington, DE 19803