*Fee Pd.*
*-/PO Given*

*No Copy to CA*

# ORIGINAL

**FILED**
**HARRISBURG, PA**

JUN 0 6 2003

MARY E. D'ANDREA, CLERK
Per_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

INTERNATIONAL MARKETING, INC. :
Professional Arts Building :
Suite C, P.O. Box B :
Chambersburg, PA  17201 :
     Plaintiff, :
  :
  :
   v. :    CIVIL ACTION
  :    No. 1:CV-00-0697
  :
  :
COUNTERACT BALANCING :    (Magistrate Judge Smyser)
BEADS, INC. :
13029-8th Line :
RR # 1 :
Georgetown, Ontario L7G 4S4 :
     Defendant. :

## NOTICE OF APPEAL

     Notice is hereby given that International Marketing, Inc., Plaintiff in the

above-named case, hereby appeals to the United States Court of Appeals for the

Third Circuit from an Order denying Plaintiff's Motion for Reconsideration

entered in this action on May 9, 2003.

KRLSPGH:24051.1

Respectfully submitted,

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation


BY:   s/Allen C. Warshaw
      Allen C. Warshaw, Esquire
      240 North Third Street, Suite 700
      Harrisburg, PA   17101-1503
      (717) 231-7718
      Counsel for Plaintiff

## CERTIFICATE OF SERVICE

On the 6th day of June, 2003, I, Glenda K. Davidson, a secretary in the law

offices of Klett Rooney Lieber & Schorling, hereby certify that I served a true and

correct copy of the foregoing Notice of Appeal in the above-captioned matter via

first class mail, to those persons indicated below:

> Counteract Balancing Beads, Inc.
> c/o Kevin W. Goldstein, Esquire
> Ratner & Prestia
> Suite 209, Webster
> 3411 Silverside Road
> P.O. Box 7228
> Wilmington, DE  19803

> s/Glenda K. Davidson
> Glenda K. Davidson

KRLSPGH:24051.1

Fri Jun  6 10:17:52 2003

UNITED STATES DISTRICT COURT

SCRANTON     , PA

Receipt No.   111 138847
Cashier       pamela

Tender Type  CHARGE

C.C. Number: 371904403331028     05
/04

Transaction Type    H

D0 Code      Div No       Acct
4667          1          086900

Amount              $    105.00

A. WARSHAW 240 N 3RD STREET HBG, PA
17101

NOA IN 00-CV-697

bn