# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 3-2690

Intl Marketing Inc

vs.

Counteract Balancing

International Marketing, Inc., Appellant

(Middle District of Pennsylvania Civil No. 00-cv-00697)

## O R D E R

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

A True Copy:

*Marcia M. Waldron*
—————————————
Marcia M. Waldron,
Clerk

*Marcia M. Waldron*

Clerk
United States Court of Appeals
for the Third Circuit

Date: July 2, 2003

cc:
Allen C. Warshaw, Esq.
Costas S. Krikelis, Esq.
Kevin W. Goldstein, Esq.

**FILED**
**HARRISBURG, PA**

**JUL 0 8 2003**

**MARY E. D'ANDREA, CLERK**
Per ——————————
Deputy Clerk