ORIGINAL

**UNITED STATES DISTRICT COURT**
Middle District of Pennsylvania
Office of the Clerk, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Mary E. D'Andrea
Clerk

Main Number: (717)-221-3920
Direct Dial Number: (717) 221-3931

February 12, 2004

Costas Kritkelis, Esq.
Ratner & Prestia
Suite 209, Webster
3411 Silverside Road,
P.O. Box 7228
Wilmington, DE 19803

*[handwritten: 107 Orange St, P.O. B 1596, 19899]*

Re: Int'l Marketing v. Counteract Balancing Beads
1:00-CV-0697

Dear Mr. Kritkelis,

The Clerk's Office is in possession of trial exhibits in the above captioned case. The time for the filing of an appeal has lapsed and now the exhibits can be returned or destroyed.

Kindly indicate your preference for your trial exhibits by checking the option below and signing the copy of this letter. Please return it to me at your earliest convenience at the Harrisburg address noted above. If we do not hear from you in thirty (30) days, we will destroy the exhibits.

Thank you for your assistance in this matter.

1)   Return the exhibits to me
     at: *Kevin Goldstein, Esq., 1007 Orange St., P.O. Box 1596, Wilmington, DE 19899*
     Signed: _____

2)   Destroy the exhibits:

     Signed: _____

3)   Arrange to have the exhibits ready for pick up on _____
     Signed: _____

Very truly yours,
MARY E. D'ANDREA, CLERK

*Joan Sayers*
Joan Sayers
Deputy Clerk

FILED
MAR 05 2004
PER _____ DEPUTY CLERK
HARRISBURG